UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 24-mj-2252 |
| v. | ) | |
| | ) | Judge Frensley |
| GAI TUT TEL | ) | |

## **MOTION FOR DETENTION**

Defendant has been arrested based on a Petition for Warrant issued by the United States District Court for the Eastern District of Tennessee, which alleges that the defendant has violated the terms of his supervised release in connection with his case in that district. (*See* D.E. 54, Case No. 3:20-cr-56 (E.D. Tenn.))

The Court must detain the defendant unless the defendant demonstrates to the Court that there is "clear and convincing evidence" that the defendant will not flee or pose a danger to the safety of any other person or the community. *See* Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1). It is defendant's burden to convince the Court that the defendant does not pose a flight risk or danger to any person or the community. Fed. R. Crim. P. 32.1(a)(6). The United States submits that defendant cannot satisfy this burden, and respectfully requests the Court detain defendant pending a hearing regarding defendant's alleged violations of the conditions of his supervised release.

Respectfully submitted,

HENRY C. LEVENTIS
United States Attorney

By: /s/ Chris Suedekum
CHRIS SUEDEKUM
Assistant U.S. Attorney
719 Church Street, Suite 3300
Nashville, Tennessee 37203
Phone: (615) 736-5151
chris.suedekum@usdoj.gov

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Motion for Detention will be served electronically to all counsel of record by operation of the Court's CM/ECF system on this the 9th day of August 2024.

/s/ Chris Suedekum
CHRIS SUEDEKUM